# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2005

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)  LODGE, EDWARD J | 2. Court or Organization  DISTRICT COURT - Idaho | 3. Date of Report  05/12/2006 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)  U.S. DISTRICT JUDGE- Active | 5a. Report Type (check appropriate type)  ☐ Nomination, Date  ☐ Initial ☒ Annual ☐ Final  5b. ☐ Amended Report | 6. Reporting Period  01/01/2005  to  12/31/2005 |
| 7. Chambers or Office Address  550 WEST FORT STREET  BLDG. BOX 040  BOISE, IDAHO 83724 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.  Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Retired District Judge | State of Idaho |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of instructions.)*

☐ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. 1987 | Retirement - State District Judge - 75% full pay |
| 2. | |
| 3. | |

RECEIVED 2006 MAY 17 A 10:48

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2005 | State of Idaho Retired District Judge | $ 73,224 |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2005 | State Senator |
| 2. 2005 | Public Employer Retirement System of Idaho |
| 3. | |
| 4. | |
| 5. | |

## IV. REIMBURSEMENTS *– transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)*

☒ NONE *(No reportable reimbursements.)*

| SOURCE | DESCRIPTION |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

| Name of Person Reporting | Date of Report |
|---|---|
| LODGE, EDWARD J | 05/12/2006 |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of instructions.)*

[X]  NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children. See pp. 32-34 of instructions.)*

[X]  NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| LODGE, EDWARD J | 05/12/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 1. Lodge Brothers (Partnership) Building Rental Canyon Co. | | None | N | W | | | | | |
| 2. Lodge Brothers (Partnership) Dry Land Pasture Malheur County | | None | N | W | see * | | | | |
| 3. Lodge Brothers (Partnership) US Bank-Checking Account | A | Interest | J | T | | | | | |
| 4. Dry Pasture Canyon County, Id (20 acres) | | None | N | W | | | | | |
| 5. Livestock 15 cows, 1 bull, 11 calves | | None | K | W | | | | | |
| 6. Livestock 8calves | | | | | sold | 11/05 | J | C | |
| 7. Wells Fargo Bank ▇▇▇▇ Money Market Account | A | Interest | K | T | closed | 10/05 | K | | |
| 8. Scottish Power PLC SPN (f/n/a PacificCorp) | A | Dividend | J | T | | | | | |
| 9. HJ Hines | C | Dividend | L | T | | | | | |
| 10. Unocal | A | Dividend | J | T | Merger see** | 8/05 | | | |
| 11. Key Bank Market Account | B | Interest | L | T | | | | | |
| 12. CMA Account Merrill Lynch | A | Interest | K | T | closed | 8/05 | K | | |
| 13. Edward J. Lodge Merrill Lynch IRA Mutual Fund Gov. Sec. | | | | | Withdrawn | 12/04 | K | | |
| 14. Merrill Lynch IRA Mutual Fund Gov. Sec. | B | Dividend | K | T | closed | 10/05 | K | | |
| 15. Canyon Teachers Credit Union ▇▇▇▇ Savings Account | A | Interest | J | T | closed | 2005 | J | | |
| 16. Windrige Farm 50% interest in land house barn & vineyard | | Loss | N | W | | | | | |
| 17. Checking Account Key Bank ▇▇▇▇ | A | Interest | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| LODGE, EDWARD J | 05/12/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 18. Property Canyon County | | None | M | W | | | | | |
| 19. Edward J. Lodge Key Bank Private Banking Account | B | Interest | M | T | | | | | |
| 20. Edward J. Lodge Home Federal Money Market Account | A | | | | Closed | 12/04 | J | | |
| 21. Edward J. Lodge Albertsons | A | Dividend | K | T | | | | | |
| 22. Idaho Independent Bank | B | Interest | M | T | | | | | |
| 23. Micron Technology | | None | J | T | | | | | |
| 24. Idaho Independent Bank | C | Interest | M | T | | | | | |
| 25. Washington Mutual | B | Interest | L | T | | | | | |
| 26. RBC Dain Rauscher | A | Dividend | K | T | CD | | | | Voyager Bank |
| 27. RBC Dain Rauscher | A | Dividend | L | | CD | | | | Sonabank Nat'l. Assn. |
| 28. RBD Dain Rauscher | A | Dividend | L | | CD | | | | Voyager Bank |
| 29. RBC Dain Rausher | A | Dividend | L | | CD | | | | New York Cmmty. Bank |
| 30. RBD Dain Rausher | A | Dividend | L | | CD | | | | Trifton Banking Co. |
| 31. RBC Dain Rausher | A | Interest | K | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| (See Column C2) | Q =Appraisal | S =Assessment | | | |
| | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

*Dry land pasture in Malheur County is owned by Lodge Brothers and was inherited ████████ There is no income received from it. Reporting was overlooked after Lodge Brothers sub chapter S was dissolved in approximately 1997.

**Now known as Chevron

| Name of Person Reporting | Date of Report |
|---|---|
| LODGE, EDWARD J | 05/12/2006 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature _____  Date 5/12/06

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544